**FILED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLIMBIA

February 27, 2007

Kareemah Bell
P.O. Box 34182, N.W.
Washington, DC 20043

V.                                                Civil Action Number: 07 0894

Carolyn Redding
Human Resources Manager
**International Spy Museum**
800 F Street, NW
Washington, DC 20004

CASE RE-ASSIGNED
TO: FRIEDMAN, J. PLF
JUN 29 2007

MOTION TO EXCEPT P.O. BOX ADDRESS

I am homeless and unemployed do to a lack of unsuccessful employment. I do not suffer with any mental illness. I am a victim of assault, defamation of character by family members, racial discrimination, and sexual harassment. I am requesting to file a motion hoping that you will accept my United States P.O. Box address as my mailing address.

Kareemah Bell
P.O. Box 34182, N.W.
Washington, D.C. 20043