FILED

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kareemah Bell
P.O. Box 34182, N.W.
Washington, D.C. 20043

VS.

Carolyn Redding
Human Resources Manager
**International Spy Museum**
800 F Street, NW
Washington, DC 20004

Case: 1:07-cv-00894
Assigned To : Unassigned
Assign. Date : 5/14/2007
Description: Employ. Discrim.

CASE RE-ASSIGNED
JUN 20 2007
FRIEDMAN, J. PLF

COMPLAINT

February 22, 2007, the International Spy Museum held a job fair **FOR ALL TO ATTEND.** Carolyn Redding, Human Resource Manager for the museum informed me that she was aware of me. I have applied for several positions over a course of two years. Ms. Redding told me to leave the job fair do to a lack of interest. The following positions are as followed Bookkeeper/Administrative Assistant, Retail Sales Associate, Visitor Services Operatives, and Operation Spy Guide.

I am seeking a trial date by a jury. Do to the racial discrimination; I am requesting that the court will grant me seventy-five thousand dollars in damages.

**RECEIVED**

FEB 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kareemah Bell
P.O. Box 34182, N.W.
Washington, D.C. 20043

2



yasmina4000@hotmail.com

Printed: Tuesday, February 27, 2007 8:41 AM

**From :** Carolyn Redding <credding@spymuseum.org>
**Sent :** Monday, February 26, 2007 9:44 AM
**To :** <yasmina4000@hotmail.com>
**Subject :** Employment

Attachment : image001.gif (< 0.01 MB)

Thank you for your employment interest in the International Spy Museum.

To answer your question left on my voice mail -- You have used various telephone numbers on your application – to include 202.288.7272, 301.490.6959 in addition to not leaving a number.

If we consider you for employment, we will contact you directly.

Good luck with your job search.



Carolyn Redding

Human Resources Manager

D] 202.654.0923

International Spy Museum

800 F Street, NW

Washington, DC 20004

spymuseum.org

credding@spymuseum.org

F] 202.393.7797



# BOOKKEEPER / ADMINISTRATIVE ASSISTANT
## International Spy Museum Store

Apply your bookkeeping, accounting and general administrative experience to work as an Administrative Assistant for our Retail Department.

In addition to general office assistant work, your financial and organizational skills will be utilized in payment processing, financial reporting, supply purchasing, filing, inventory maintenance and vendor correspondence. You must be organized, accurate and detail oriented and have excellent oral and written communication skills. In addition, you will have excellent follow through skills, be a self-directed, positive team player and problem solver who thrives in a fast-paced business environment.

Credentials: Minimum 2 – 4 years bookkeeping/accounting and general administrative experience required. College degree preferred. MS Office and internet skills required.

E-mail a cover letter, salary requirements and resume to humanresources@spymuseum.org, or mail to: Human Resources, the International Spy Museum, 800 F Street NW, Washington, DC 20004, or FAX to Human Resources, 202.393.7797.

Credit check and pre-employment drug test required for all qualified applicants.

EOE M/F

07 0894
FILED
MAY 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



# RETAIL SALES ASSOCIATE
## International Spy Museum Store

Highly motivated, positive, customer service oriented individuals with flexible schedules, including evenings and weekends, to work in our fast paced, high tech 5,000 sq. ft. retail store filled with tech gadgets and fun "spy" products:

### Temporary/Seasonal Sales Associate

Credentials: minimum one year of retail, cash handling, inventory control, and display/merchandising exp. are highly preferred. Must be a team player and self starter.

E-mail a cover letter, salary requirements and resume to humanresources@spymuseum.org, or mail to: Human Resources, the International Spy Museum, 800 F Street NW, Washington, DC 20004, or FAX to Human Resources, 202.393.7797.

Credit check and pre-employment drug test required for all qualified applicants.

EOE  M/F



## Visitor Services Operatives

**Calling All Agents**: Infiltrate Washington, DC's most exciting and popular Museum as a VS Operative! We have seasonal positions available, with flexible schedules including evenings and weekends for an array of duties.

Your mission, should you choose to accept it, will be to use your exceptional customer service and interpersonal skills in a team environment. You will rove undercover within the exhibit and conduct covert operations ensuring a pleasant guest experience. In addition, you will conduct intel-debriefings with regard to hours and prices and use surveillance tactics to enforce proper adherence to policies.

Credentials: a minimum of six-months previous box office, customer and/or visitor services experience. Mandatory criminal background check, credit check, and drug test required for all positions.

E-mail or fax a resume to humanresources@spymuseum.org, Fax: 202.393.7797 or mail to: Human Resources, The International Spy Museum, 800 F Street, NW, Washington, DC 20004. No phone calls please.

 

# Operation Spy Guide

**Calling All Agents**: Be the first to work as an Operation Spy Exhibition Guide in a new cutting-edge mission from the International Spy Museum to open June 2007! In this experience, guests will be a part of a team of US intelligence officers and will embark on an international mission to find a missing nuclear triggering device.

We are looking for agents to play the role of Special Operations Officers. Read below to gather more intelligence!

Have you been told you have an engaging personality, a flair for the dramatic and a gift in working with teams? If so, this may just be the job for you!

This cutting edge exhibition will bring a true-to-life spy operation to the public. Playing the part of a Special Operations Officer, you will guide and facilitate guests through various missions filled with action, adventure and intrigue. Use your excellent public speaking ability to improvise and react quickly to group dynamics as guests journey through their missions.

Use your dramatic talent and personality to ensure that the experience is as exciting and fun as it can be!

Credentials: At least six months of experience working with visitors/customers and proven ability to communicate well within group / public settings. Mandatory criminal background check, credit check, and drug test required for all positions.

E-mail or fax a resume to humanresources@spymuseum.org, Fax: 202.393.7797 or mail to: Human Resources, The International Spy Museum, 800 F Street, NW, Washington, DC 20004. No phone calls please.