FILED
MAY 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREEMAH BELL,                     )
                                   )
       Plaintiff,                  )
                                   )
v.                                 )   Civil Action No.  07 0894
                                   )
INTERNATIONAL SPY MUSEUM,           )
                                   )
       Defendant.                  )

## MEMORANDUM AND ORDER STAYING CASE

This matter comes before the Court upon review of plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The application will be granted, but the case must be stayed for the following reasons.

Plaintiff claims that defendant discriminated against her on the basis of her race, evidently because defendant did not hire her for the positions in which she expressed an interest. The Court presumes that plaintiff brings this action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*

The issuance of a right to sue letter from the Equal Employment Opportunity Commission ("EEOC") is a condition precedent to the filing of an action such as this in federal court. 42 U.S.C. § 2000e-5(b), (e) and (f). In the absence of the issuance of a right to sue letter within 180 days of filing charges with the agency, the plaintiff is obligated to request that such a letter be issued. See 29 C.F.R. §1601.28. It is not clear from plaintiff's brief complaint that she has pursued a discrimination claim with the EEOC.

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is further

ORDERED that plaintiff's motion to use a Post Office box is GRANTED. It is further

ORDERED that this matter is **STAYED**. It is further

ORDERED that, within 30 days of entry of this Order, the plaintiff must provide the Court with a right to sue letter indicating a final determination of plaintiff's discrimination charge. Failure to do so will result in the dismissal of this matter.

SO ORDERED.

_____
United States District Judge

Date: 4/6/07