United States District Court
for the District of Columbia

Kareemah Bell
        Plaintiff
        v.
International SPY Museum
        Defendant

Civil Action No. 070894

## Plaintiff Response to Order

I have already contacted Human Rights in Washington, DC, and EEOC in Washington, DC. This letter is response to Memorandum and order staying case. I have attached the following documents I am seeking a trial date by a jury.

Kareemah Bell
P.O. Box 34182, N.W.
Washington, DC 20043
202. 609 3173

# RECEIVED

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Kareemah Bell
P.O. Box 34182, N.W.
Washington, D.C.  20043


VS.

Carolyn Redding
Human Resources Manager
**International Spy Museum**
800 F Street, NW
Washington, DC 20004


## COMPLAINT

February 22, 2007, the International Spy Museum held a job fair **FOR ALL TO ATTEND**.  Carolyn Redding, Human Resource Manager for the museum informed me that she was aware of me.  I have applied for several positions over a course of two years.  Ms. Redding told me to leave the job fair do to a lack of interest.  The following positions are as followed Bookkeeper/Administrative Assistant, Retail Sales Associate, Visitor Services Operatives, and Operation Spy Guide.

I am seeking a trial date by a jury.  Do to the racial discrimination; I am requesting that the court will grant me seventy-five thousand dollars in damages.


**RECEIVED**

FEB 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kareemah Bell
P.O. Box 34182, N.W.
Washington, D.C.  20043

AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

*International Spy Museum*

**District of**  COLUMBIA

Plaintiff

V.

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

Defendant

, *Kareemah Bell* _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent  ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐ Yes  ☒ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? *No*   Do you receive any payment from the institution? *No*

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.) *0.00*

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *Not Sure*

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment          ☒ Yes   ☐ No
   b. Rent payments, interest or dividends                   ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments         ☐ Yes   ☒ No
   d. Disability or workers compensation payments            ☐ Yes   ☒ No
   e. Gifts or inheritances                                  ☐ Yes   ☒ No
   f. Any other sources                                      ☒ Yes   ☐ No

   **RECEIVED**
   **FEB 2 7 2007**
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the
   amount received and what you expect you will continue to receive.                          *(total)*

   _____ L T J _____

   *Chynena Penton-Cooper- 20.00*

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?          ☐ Yes          ☒ No

    If "Yes," state the total amount.  *0. 00*

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?          ☐ Yes          ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

    *NO ONE*

I declare under penalty of perjury that the above information is true and correct.

*6-27-2007*                *Kaseemah Bell*
Date                              Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| | |
| United States Judge          Date | United States Judge          Date |

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Office of Human Rights**

★ ★ ★

Judiciary Square Office
441 4th Street, NW, Suite 570N
Washington, DC 20001
Phone: (202) 727-4559 Fax: (202) 727-9589

Penn Branch Office
3220 Pennsylvania Avenue, SE, 1st Fl.
Washington, DC 20020
Phone: (202) 727-4559 Fax: (202) 645-6390

April 6, 2007

*Certified & Regular Mail*

Ms. Kareemah Yasmina
P.O. Box 34182 N.W.
Washington, D.C. 20043

Reference: _Kareemah Yasmina vs. International Spy Museum_

Dear Ms. Yasmina:

This letter serves to notify you that the above-referenced complaint received by the D.C. Office of Human Rights (OHR) on Monday, March 19, 2007 is hereby **DISMISSED ADMINISTRATIVELY** because you have failed to state a claim upon which relief may be granted.

You wished to file a discrimination complaint on the bases of race (Black), gender (female) and religion (Christian) because you were told by Respondent "I am aware of you". You stated that other people (All races, both genders, and religions) were given an opportunity to interview except you. You also have filed the same complaint with the United States District Court on February 27, 2007

Pursuant to 4 DCMR Section 708.1 (c), *"A case shall be terminated without prejudice if the Director determines that the Complainant fails to state a claim for which relief can be granted under the Act."*

For this reason, the OHR lacks jurisdiction to either investigate or make a determination on the allegations included in your complaint. Your case is hereby **DISMISSED, pursuant to 4DCMR § 106.5 (b). IT IS SO ORDERED.**

You may apply for reconsideration pursuant to 4 DCMR § 719. Such application along with all supporting documentation must be submitted to the director of the Office of Human Rights in writing within thirty (30) days from the date of this letter.

You may also wish pursue this matter further by filing a petition for review with the Clerk of the D.C. Superior Court Civil Division, within three (3) years after service of formal notice of the final decision.

Sincerely,

Gustavo Velasquez
Director

# COMPLAINT FORM

Information required herein will assist OHR staff to determine the nature and extent of discrimination as defined by the Federal/Local Discrimination Laws. Please complete the following form in its entirety and to the best of your knowledge. This form is subject to review and acceptance by the Office of Human Rights.

### Notice of Non-Discrimination

*In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Official Code Section §§2-1401.01 et seq.,(Act) the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, gender identity or expression, familial status, family responsibilities, matriculation, political affiliation, genetic information, disability, source of income, or place of residence or business. Sexual harassment is a form of sex discrimination which is prohibited by the Act. In addition, harassment based on any of the above protected categories is prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.*

*YASMINA 4000@ HotMAIl.com*

## 1. COMPLAINANT

Date: *March 19, 2007*  OHR Docket No.:     EEOC No.:

Name: *Kaneemah Yasmina Bell*

Address: *Homeless ; P.O. Box 34182, N.W.*

City/State/Zip: *Washington, DC 20043*

Tel # (H): *ASK for HelenBell 3017735149*    Tel # (W): *Unemployed*

Race: *African American*    Sex: *Female*

Social Security No.: *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*

The Primary Language Spoken in your household:
__Spanish __Amharic __Chinese __Vietnamese __Korean __Other

Date of Birth: *July 16, 1974* *(32)*

### CONTACT PERSON IF YOU CANNOT BE REACHED:

Name: *HELEN Bell*

Address: *N/A*

City/State/Zip: *Landover Hills, Maryland*

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

1

rev 01/07

| Tel # (H): _301-773-5149_ | Tel # (W): _Retired_ |
|---|---|

**IF REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING:**

Name: _N/A_ _____ Telephone/Fax: _N/A_ _____

Address: _N/A_ _____

*Please note: If you are represented by counsel or retain counsel prior to your scheduled Intake interview, the counsel must either (1) be present with you for the duration of your Intake interview, or (2) withdraw his/her appearance from the interview by submitting a letter to the Office indicating that the interview may take place without his/her representation.

## 2. RESPONDENT

Name of company or organization:

_International Spy Museum_

Name and Title of principal officer (i.e. President, Owner, Human Resources Manager): _credding@spymuseum.org_

_Carolyn Redding, Human Resources Manager_

Nature of Business: _Law Enforcement_

Address: _800 F Street, N.W._

City/State/Zip: _Washington, DC 20004_

| Tel #: _202.654.0923_ | Fax #: _202.393.7797_ |
|---|---|

## 3. BASIS OF COMPLAINT
**The basis is the reason you were treated differently than others outside of your protected class.**

**Do you feel you were discriminated against because of your: (Please check appropriate box and provide detail, if necessary.)**

| | | | |
|---|---|---|---|
| ☑ Race _African American_ | ☑ Sex _Straight Female_ | Age _____ | |
| ☐ National Origin _____ | ☑ Religion _Christian_ | | |
| ☐ Color _____ | ☐ Disability _____ | ☐ Familial Status* | |
| ☐ Source of Income* | ☐ Matriculation | ☐ Marital Status | |
| ☐ Personal Appearance | ☐ Genetic Information | ☐ Sexual Orientation | |
| ☐ Gender Identity or expression | ☑ Place of Residence or Business* | ☐ Political Affiliation | |
| ☐ Family Responsibilities | _Homeless_ | | |

* Please note: Pursuant to the D.C Human Rights Act of 1977, as amended, the "familial status" and "source of income" bases are applicable only when alleging discrimination in housing, public accommodations and educational institutions. The basis of "place of residence or business" is applicable only if alleging discrimination in housing and public accommodations.

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

2

rev 01/07

## 4. JURISDICTION

☑ Alleged violation occurred in the District of Columbia.

☐ Alleged violation occurred 365 days or less (6 months or less for D.C. Government Employees).

☐ At least 1 employee (More than 15 employees to cross file with EEOC).

☐ You have not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein.

## 5. AREA OF COMPLAINT

☒ Employment        ☐ Public Accommodation        ☐ Educational Institution

☐ Language Access        ☐ DC Family and Medical Leave Act

## 6. ISSUES
### What action was taken that made you feel you were treated differently?

☐ Family Medical Leave ☐ Promotion ☐ Transfer ☐ Demotion ☐ Discharge

☐ Retaliation ☐ Sexual Harassment ☐ Hostile Work Environment ☐ Failure to Hire

☐ Equal Pay ☐ Terms and Conditions ☒ Failure to Accommodate ☐ Discipline

☒ Denial of Service ☐ Constructive Discharge ☐ Admission or Admission Fees ☐ Discounts

☐ Crowd Capacity ☐ Personal Identification ☐ Time of day/event ☐ Restrictions/Rules

☐ Credit/Insurance ☐ Complimentary Admission/Guest ☐ Curriculum

☐ Membership Fee/Dues ☐ Program Participation

Other:_____

## 7. DISTRICT OF COLUMBIA GOVERNMENT EMPLOYEES OR APPLICANTS

**\*Please note: Pursuant to §105 of DCMR Title IV, all District Government employees must first consult an agency EEO counselor within 180 days of the alleged discriminatory act prior to filing with the Office of Human Rights, *unless* the District Government employee is alleging unlawful discrimination based on sexual harassment. The Office of Human Rights cannot process a complaint from a current of former District Government employee unless (1) the employee has received an exit letter from his/her agency EEO Counselor; (2) twenty-one days have passed since the matter was called to the attention of the agency's**

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 \*Fax 202-727-9589
Complaint Form

3

rev 01/07

EEO counselor and no exit letter has been written; or (3) the employee is alleging unlawful discrimination based on sexual harassment.

☐   You have filed an informal complaint with an agency assigned EEO Officer/ Counselor.

Counselor's Name: *N/A*

Counselor's Agency: *United States District Court For the District of Columbia*

Counselor's Telephone Number: *N/A*

Date Filed: *2-27-2007*     Date of Exit Letter: *N/A*

# 8. EMPLOYMENT
## Time of Hire, Evaluations, Discipline, Termination

Date of Hire: *N/A*          Title: *N/A*

Salary at time of hire: *N/A*

Date of Last Performance Evaluation: *N/A*

Supervisor/Manager who performed the Evaluation: *N/A*

Last Performance Evaluation Rating: ☐Excellent  ☐ Good   ☐ Fair  ☐Poor

Alleged adverse actions taken against you (i.e., written reprimand, suspension, denial of promotion) and the date the action was taken:

Action: *N/A*                    Date: *N/A*

Action: *N/A*                    Date: *N/A*

☐   **Current**  or  ☐ **Final** position held with Respondent: *N/A*

Salary: *N/A*

What reason did Respondent give for your ☐**termination** or ☐**denial of promotion**:

☐ Work Performance  ☐ Attendance  ☐ Insubordination  ☐ Gross Misconduct

Date of Termination/Denial of Promotion: *N/A*

# 9. PUBLIC ACCOMMODATION/EDUCATIONAL INSTITUTIONS
## (Only complete section if your complaint deals with discrimination against a public accommodation or educational institution.)

Date of alleged incident: *February 22, 2007*

Service you requested:

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC  20001
202-727-4559 *Fax  202-727-9589
Complaint Form

4

rev 01/07

Person who denied your service request:

Name: _Carolyn Redd_____ Title: _Human Resources Manager_

How is this person different from you (i.e. what is this person's protected basis?):
_She has a job !!!!_____

Have you tried to resolve this matter with the Respondent? If so, please describe with whom you spoke and their response:

_Yes. Applied for positions._____

_____

_____

_____

## 10. D.C. FAMILY AND MEDICAL LEAVE ACT
### (Only complete section if your complaint deals with FMLA.)

Have you been employed with this company for at least one (1) year and have worked at least one thousand (1,000) hours?
☐ YES    ☒ NO

Date(s) you requested: _N/A_____

Reason you requested: _N/A_____

Person who denied your request: _N/A_____

Title: _____

Others who have requested leave: _N/A_____

How are these persons different from you: _N/A_____

Have you tried to resolve this matter with Respondent? If so, please describe with whom you spoke and their response:
Name/Title: _N/A_____

_____

_____

_____

_____

_____

_____

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

5

rev 01/07

# 11. WITNESSES

### List whom you feel can corroborate your experience and provide evidence in your support.

Name: *The General Public*
Title: _____
Telephone: _____
What s/he can attest to: _____

Name: *The General Public*
Title: _____
Telephone: _____
What s/he can attest to: _____

Name: *The General Public*
Title: _____
Telephone: _____
What s/he can attest to: _____

Name: *The General Public*
Title: _____
Telephone: _____
What s/he can attest to: _____

# 12. YOUR COMPLAINT

**Describe in detail the incident(s) that led you to file a complaint of discrimination. Please list dates as well as the name(s) of the person(s) who discriminated against you in denying employment, promotion, training, goods, services, educational services, etc. If this is a disability-based complaint, please specify whether an accommodation was requested; the person the request was submitted to and the date Respondent was notified of your disability.**

*February 22, 2007 the International Spy Museum held a job fair for all to attend. Carolyn Redding, Human Resource Manager for the museum informed me that she was aware of me.*

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

6

rev 01/07

February 22, 2007, the International Spy Museum held a job fair for all to attend. Carolyn Redding, Human Resource Manager for the museum informed me that she was aware of me. I have applied for several positions over a course of two years. Ms. Redding told me to leave the job fair do to a lack of interest. The following positions are as followed. Book Keeper / Administrative Assistant, Retail Sales Associate, Visitor Services Operative, and Operation Spy Guide.

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC 20001
202-727-4559 *Fax 202-727-9589
Complaint Form

7

rev 01/07

The D.C. Office of Human Rights provides mediation. Mediation is a process in which an acceptable, impartial, third party attempts to assist disputing parties toward a mutual settlement. Two (2) mediators (co-mediators) are assigned to each case as a neutral third party to assist disputants in reaching a mutually acceptable resolution to their problem(s). The mediation process is mandatory and disputing parties design solutions to their own problems.

**Please Note:** In the event the Investigation reveals that your complaint should be dismissed you will receive a letter explaining the reasons for dismissal. Applicable regulations also require the OHR to send a copy of the dismissal notice to the Respondent.

*Kareemah Bell*                    *March 19, 2007*
Complainant's Signature                    Date

---

## NOTARY SECTION

I, _____, having read the above, state that the responses contained herein are true and correct to the best of my knowledge and belief.

_____
Signature

SUBSCRIBED AND SWORN to before me this _____ day of _____, of 20___.

_____
Notary Signature

My Commission Expires: _____.

## FOR OFFICE USE ONLY: JURISDICTION

☐   Alleged violation occurred in the District of Columbia.

☐   Alleged violation occurred 365 days or less (6 months or less for D.C. Government Employees).

☐   At least 1 employee (More than 15 employees to cross file with EEOC).

☐   Complainant has not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein.

DC Office of Human Rights
441 4th Street, NW, Suite 570N
Washington, DC  20001
202-727-4559  *Fax  202-727-9589
Complaint Form

9

rev 01/07