UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kareemah Bell, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-0894
)
International Spy Museum, )
)
Defendant. )

ORDER

In light of plaintiff's response to the Order of May 14, 2007, it is

ORDERED that the STAY is LIFTED; and it is

FURTHER ORDERED that the Clerk shall include plaintiff's attachment with the complaint and assign this case to Judge Paul L. Friedman as related to *Bell v. Library of Congress*, Civil Action No. 07-1083.

/Henry Kennedy/
United States District Judge

Date: June 27, 2007