UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAREEMAH BELL | ) | |
| | ) | |
| | ) | |
| | ) | Civil Action No. 07-894 PLF |
| v | ) | |
| CAROLYN REDDING | ) | |

## REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on June 29, 2007 from Unassigned (9098)

to Judge Friedman because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC: Judge Friedman
& Courtroom Deputy