UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREEMAH BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-894 (PLF) |
| | ) |
| CAROLYN REDDING, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

Defendant International Spy Museum has filed a motion to dismiss. Plaintiff is proceeding *pro se*. The Court will rule on Defendant's motion taking into consideration the facts proffered by Plaintiff in her complaint, along with her response or opposition to the motion, and the entire record of the case. If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that Plaintiff shall respond to the motion to dismiss 30 days of this Order. If Plaintiff does not respond by that date, the Court may treat the motion as conceded.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 4, 2007