# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-7111**  **September Term, 2007**

07cv00894

**Filed On:**

Kareemah Yasmina Bell,
  Appellant

v.

Carolyn Redding, Human Resources Manager,
International Spy Museum and International Spy
Museum,
  Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  NOV 2 9 2007

CLERK

## ORDER

  By order filed October 9, 2007, appellant was directed to file her answer to the order to show cause, by November 8, 2007. The order was sent to appellant by certified mail, return receipt requested and by first class mail. Appellant received and signed for the order on October 23, 2007. To date, appellant has not complied with the court's October 9, 2007 order. Upon consideration of the foregoing, it is

  **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

  The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro 41(a)
ISSUED:
BY:
       Deputy Clerk
ATTACHED: ___ Amending Order
      ___ Opinion
      ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: Elizabeth V. Scott
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk