UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREEMAH BELL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN REDDING, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 07-0894 (PLF) |

DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant Carolyn Redding is DISMISSED with prejudice as a party defendant; it is further

ORDERED that defendants' motion to dismiss [Dkt. #10] is GRANTED; and it is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 28, 2008